**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1231
(702) 267-1201 Facsimile
brian.reeve@cityofhenderson.com

Attorneys for Defendant Henderson Police Department

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAX E. ROBERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HENDERSON POLICE DEPARTMENT,<br><br>　　　　Defendant. | UNITED STATES DISTRICT COURT CASE NO.:<br><br>**[28 U.S.C. §§ 1331, 1441, AND 1446]**<br><br>**[FEDERAL QUESTION]** |

### NOTICE OF REMOVAL OF CIVIL RIGHTS ACTION FROM STATE COURT TO FEDERAL COURT

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendant Henderson Police Department, by and through its legal counsel, hereby remove the above-entitled action from the Eighth Judicial District Court, Clark County, Nevada, to the United States District Court, District of Nevada, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. This removal is based upon federal question jurisdiction and is timely. In support of this Notice of Removal, Defendant states to the Court as follows:

1.　　On March 1, 2022, Plaintiff MAX E. ROBERSON ("Plaintiff") commenced a civil rights action in the Eighth Judicial District Court of the State of Nevada, in and for the County of

Clark, with the filing of a Complaint ("Complaint") styled: *MAX E. ROBERSON v. HENDERSON POLICE DEPARTMENT,* Case No. A-22-849012-C.

2. Plaintiff's Complaint asserts claims for relief arising under the Fourth and Fifth Amendments to the United States Constitution. Accordingly, this action is a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1331, which provides that United States district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

3. Pursuant to 28 U.S.C. §§ 1441 and 1443, Defendant is entitled to the removal of the action to this Court. Additionally, the United States District Court, District of Nevada has plenary jurisdiction over any pending state law claims pursuant to 28 U.S.C. § 1441(c); 28 U.S.C. § 1443; and 28 U.S.C § 1367.

4. Pursuant to 28 U.S.C. § 1446(a), the state court in which this action was commenced is within this Court's jurisdiction.

5. All Defendants consent to removal in accordance with 28 U.S.C. §1446(b)(2).

6. Defendant first received a copy of the Summons and Complaint on March 2, 2022. Accordingly, this Notice of Removal is filed within thirty (30) days after receipt by the Defendant of the Complaint, in compliance with 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), a copy of the following processes, pleadings, and orders from the state court action are attached hereto as follows:

   a. Plaintiff's Complaint is attached hereto as **Exhibit A**;

   b. The summons issued for service on Defendant is attached hereto as **Exhibit B**;

8. On information and belief, no other pleadings have been served, no other orders have been entered, and no motions are currently pending before the state court.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant certifies that a copy of this Notice of Removal will be served promptly on Plaintiff and filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

10. Based on the foregoing, Defendant removes the action to this Court. This Notice of Removal has been prepared and signed under 28 U.S.C. § 1446(a) and Fed. R. Civ. P. 11.

DATED this  29th  day of March, 2022.

CITY OF HENDERSON

/s/ Brian R. Reeve
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV  89015

Attorneys for Henderson Police Department

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Henderson City Attorney's Office, and that on the  29th  day of March, 2022, a true and correct copy of NOTICE OF REMOVAL TO FEDERAL COURT OF CIVIL RIGHTS ACTION FROM STATE COURT was served to the following party by depositing a copy of the same in the U.S. Mail, postage prepaid, first-class mail, addressed to:

Max E. Roberson
975 Seven Hills Drive
Henderson, NV  89052

Plaintiff in Pro Se

/s/ Cheryl Boyd
An employee of the
Henderson City Attorney's Office

# EXHIBIT "A"

Electronically Filed
03/01/2022

*[signature]*

CLERK OF THE COURT

CODE
NAME Max E. Roberson
ADDRESS 975 seven hills dr
Henderson NV 89052
808-304-0411
MAXROBERSON80@gmail.com
PLAINTIFF/DEFENDANT IN PROPER PERSON

## DISTRICT COURT

## CLARK COUNTY, NEVADA

Max E Roberson

        Plaintiff(s),

-vs.-

Henderson NV police department

        Defendant(s).

CASE NO: A-22-849012-C
DEPT. NO.: Dept. 19

Lo
Loss suit.
HEARING DATE:
HEARING TIME:

Plaintiff~ Max E Roberson On the day of April, 1 2020 I 'ma bringing the Henderson police document for wrongful arrest' they taken my dignity & my justice & liberty & rights they never read me my Miranda right they just put me in the car with known, explanation retain by the police with know:

Reason of arrest I was held without know bond for 3 week I was force interrogated

For something I didn't do; their after I was in custody for 58 days

With known conviction of any charges it was dismiss with someone statement on file.

Saying they was the victim I 'ma suing for pain & suffering injuries that occurred during

the home invasion and, damage property.

RECEIVED

MAR - 1 2022

CLERK OF THE COURT

SIGNATURE
NAME
ADDRESS
CITY, STATE ZIP CODE