AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Max E. Roberson,

          Plaintiff,

v.

Henderson Police Department,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00541-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant against Plaintiff. This case is dismissed for failure to state a claim.

11/2/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk